STATE OF NORTH CAROLINA v. MILTON HARLEE

No. 755SC645

(Filed 17 December 1975)

APPEAL by defendant from *Cowper, Judge.* Judgment entered 5 March 1975 in Superior Court, NEW HANOVER County. Heard in the Court of Appeals 10 November 1975.

Defendant was charged with the 7 January 1975 felonious breaking or entering of a building. Defendant entered a plea of not guilty, and the jury returned a verdict of guilty. From judgment sentencing him to a term of imprisonment, defendant appealed.

*Attorney General Edmisten, by Associate Attorney Robert W. Kaylor, for the State.*

*Jay D. Hockenbury for defendant appellant.*

MORRIS, Judge.

Defendant candidly concedes that he can find no error prejudicial to defendant, but presents the face of the record for review.

We have carefully reviewed the record and find no error prejudicial to defendant.

No error.

Judges PARKER and MARTIN concur.